Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

Savannah Division

Case No. **CV419 138**

(to be filled in by the Clerk's Office)

Jabbar Muhammad Ali Williams

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Claire Williams individually ~~and in~~ ~~in his~~.
in her ~~his official~~ capacity as
Justice of the Superior Court
of Chatham County,

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.     The Parties to This Complaint

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jabbar Muhammad Ali Williams |
| Street Address | 2203 Mell St |
| City and County | Savannah Chatham County |
| State and Zip Code | Georgia 3115 |
| Telephone Number | 202-867-0826 |
| E-mail Address | muhammadaliwill@gmail.com |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name                           Claire Williams

    Job or Title *(if known)*    Judge

    Street Address           133 Montgomery St.

    City and County        Savannah Chatham County

    State and Zip Code     Georgia 31401

    Telephone Number     912-652-7192

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

4th, 5th, 8th, 9th, 13th, and 14th Amendment to the U.S. Constitution violation, kidnapping under the color of law 18 U.S. Code ss 1201, / 16-5-40, violation of the No Fear Act, 18 U.S. Code ss 1512 Tampering with witness, 16-10-20/16-10-70 Perjury, 16-4-8 conspiracy, Attempted Murder 16-10-32(a), Gross Negligence, Liability, failure to train properly, HIPPA violation, Healthcare Fraud, 16-5-41 False Imprisonment, Abuse of Discretion, Abuse of Process, Violation of International Laws, Violation of Human rights, Discrimination against an ethnic group Corruption

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* Jabbar Muhammad Ali Williams          , is a citizen of the State of *(name)* Georgia          .

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.      If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

    The Plaintiff is being attacted daily and his life is at stake by defendant who doesn't want The Plaintiff to testify against her in court about his illegal actions as a judge when the defendant appealed his case which is a malicious prosecution in CR14-2683. The Plaintiff is being harassed daily emails are being hacked and phone is tapped and he is being picked up at will under the color of law without any probable cause on the record. See fake warrant in case.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

    See the 3 separate claims in case.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

    12/16/2017. 12/17/2017. About 1/11/2019

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was harassed and my life threatened on 12/16/2017 when I was cut off in my truck by masked men on 4 wheelers and one of them reached for what seemed to be a gun and threatened my life so I ran in a panic. while doing so I seen Federal Agent Chris Blair sitting a big new truck over seing the matter. This is something that has been happening for a minute. The next day on 12/17/2017 I called 911 because I was tired of being harassed (My attorney Steven Sparger only tells me if I give up my appealit will all go away) and SPD Officer Sherry Conaway came and as I was telling her my story , the moment I mented that a government official was envolve her facial expression changed and then she left quickly then returned and arrested me on a fake warrant that was approved the next day. I was held for 4 days in the Chatham County Jail until I attempted to file suit and then was released hours later after requesting documents.

Then on or about 1/11/2019 7 unknown SPD Officers came to my home 2203 Mell St Savannah Ga/ 31415 and attempted to kidnap me again. I was Jumped on and beaten in the head and hand cuffed in my own yard and then told I was going to jail for fleeing I was told I looked like a murder suspect. I was told I was going to jail for fleeing but after I told them they were about to break the law I was told I wasn't going to jail again but to get into the ambulance and go with them. I kept refusing until one of officers asked me if I wanted to go to jail or be released. I was still in handcuffs so I then agreed to leave in the ambulance which I didn't not want to consent to. once the ambulance got there I told them I didn't want to go until I cleaned my pants because in the struggle I had messed my drawers but I was still ask repeatedly to go. I was told to get in the abulance and they would get changing closing from from my pops but I refused until they agreedto allow me to shower. After I showered I showered I seen the officers and the ambulanc driver in a huddle so I came out and told them I will go to the hospital myself. I was asked which hospital I was going by the ambulance driver then he went and told the officers.

Enroute to Memorial Hospital I seen the same ambulance driver and 2 of the officers cars waiting in Family Dollars parking lot. Once there my blood was taken then the nurse shot clear liquid in my arm after I told here I didn't want it but she told me it was prosecured and it nothing but water. I was then taken to have my chest X-rayed and I received a cat scan for reasons unknown. when the doctor came out the first thing he asked me is, " Your jaw isn't hurting or locking up or anything?" He had a confused look on his face like my jaw was supposed to be as he asked. I was then told I was healthy and I could leave.

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

My life is in danger today. There is no value on life

Because I'm appealing case Number CR 14-2683 and Judge Karpf illegally prosecuted me and don't want this appeal to go through he is continously having officers harass or individuals threaten my life. While my case is up for appeal as we speak in this illegal case where there is no Probable cause on the record and I was forced to plead to extrinsic evidence in case where the initial charge is Terrorist Threats without any victim or affidavit of any threat on record. I also plead when trial was denied on trial day when my attorney James Byrne told me he and the courts were going to rig trial, to be released after being held for 2 years for committing no crime agaist the State of Georgia. Judge Micheal Karpf has filed to have the illegal suspended sentence violated on 6/06/2019 to have me arrested in the Chatham County jail where there is no law library and so I can be injected again with a mind altering chemcial like I was so on 12/17/2017 when my mind is currently being tampered with and my nervous system has been taken over. The is being done so that I will not be able to appeal. i was not even given any notice of appeal in his order of denying my Motion to withdraw plea that was held 2 years later after plea where my councels showed no law in case and I'm completely innocent of all charges. If action is not taken immediatley my life is in danger by defendant. This hearing is illegal on 6/06/2019 and case needs to be ended today.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See separate reliefs attached.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Date of signing: 6/19/2019

Signature of Plaintiff *Jabbar @ Muhammad Ali Williams*

Printed Name of Plaintiff    Pro se Jabbar Muhammad Ali Williams

**B.    For Attorneys**

Date of signing: _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

# Cover Page

## Table of Contents

Illegal Trap Tracking.................................................................Exibit 1

1 Year Old Police report.........................................................Exibit 2

2017 Police Report.................................................................Exibit 3

Order of Release of Defendant...............................................Exibit 4
    Defraud. Warrant from April 14, 2014
12/03/2014 Defrauded Indictment.........................................Exibit 5

Illegal Plea:............................................................................Exibit 6

Order Denying habeas corpus.................................................Exibit 7

Jabbar Muhammad Ali Williams

2203 Mell St.

Savannah Ga, 31415

202-867-0826

## Statement of Facts

Because defendant conspired with Wolfpack and knowingly violated The Plaintiff's 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment to the United States of America Constitution in an illegal prosecution without any Probable Cause, evidence or victim to the initial charged of Terrorist Threats CR14-2683. In this case **Judge Claire Williams** issued defrauded warrants about 4/14/2014 in case to have The Plaintiff kidnapped under the color of law, **Judge Penny Haas Freesemann** violated The Plaintiff's probation and issued a trap warrant to have his phone tracked by CNT in a conspiracy to have him murdered so that he wouldn't be able to come to court because the whole matter was made up from the jump.

Once The Plaintiff was arrested **District Attorney Meg Heap** defrauded indictment CR14-2683 although there was no Probable Cause, witness or affidavit of threat to the initial charge of Terrorist Threats and no evidence to support indictment. The case was then sent to **Head Judge Michael Karpf** where he too jumped on the conspiracy and sent The Plaintiff into trial although it was his duty to halt case and free him for lack of evidence and no Probable Cause.

The case was then prosecuted by **Assistant District Attorney Noah Abrams** and the husband of Meg Heap **Assistant District Attorney Ian Heap.**

While illegally incarcerated in the **Chatham County Jail** The Plaintiff filed a habeas corpus against **Sheriff Al St. Lawrence** and demanded to be released from unjustified custody but that hearing was, too, defrauded by **Chatham County Attorney Jennifer Burns, Judges James Bass** and **John Morse** and motion was denied.

**Judge Michael Karpf, Assistant District Attorney Ian Heap** and **Attorney James Byrne** defrauded the Plaintiff's *Motion To Suppress* hearing then on trial day The Plaintiff was denied trial by the Prosecution as they sent **Attorney James Byrne** to inform The Plaintiff that if he stepped into the courtroom for trial to fight case trial will be rigged and he will be found guilty regardless of the law because the law no longer matters and he will get 35 years day for day although he was only facing 23 years

1

max with defrauded charges. This was said although The Plaintiff had not seen his attorney in almost 3 weeks before trial and nothing was discussed about trial nor any law was shown in case.

The Plaintiff was then forced to plead but he then filed a motion to withdraw plea which was prolonged for 2 years and it, too, defrauded as **Judge Michael Karpf** was informed that none of The Plaintiff's attorneys showed any law in case and where the **Judge Michael Karpf** told The Plaintiff to be ready for a revocation hearing and then had the motion to withdraw hearing instead to Deliberately confuse The Plaintiff although he was innocent.

Pro se Jabbar Muhammad Ali Williams

2203 Mell St.

Savannah, Ga. 31415

202-867-0826

*Jabbar Muhammad Ali Williams*

6/19/2019

**First Claim**

On or about 12/16/2017 I was leaving Pals Mini Mart when 2 individuals on 4 wheelers cut me off from backing out the store. When he did not move I got out and walked to the back of my truck where he was and asked him aloud why is he blocking me in and he stated aloud, "I'm not going in the store." then he reached for want looked like a gun from around his waist as the other guy road up further as if he was looking out in both directions. At that moment, I ran for fear of my life and when I turned around it seemed as though I was completely surrounded because the 2 people who followed me in and out of the store had me blocked in from behind as I approached the persons who blocked me in. Then as I looked in the for corner of the parking lot It seem like a government official was sitting in a big new truck overseeing the whole ordeal. They all pulled off as once in sync. Later, I remembered that person who was sitting in the truck was the person who made the arrest in said original case, FBI Agent Chris Blair.

Pro se Jabbar Muhammad Ali Williams

2203 Mell St.

Savannah GA. 31415

202-867-0826

*Jabbar Muhammad Ali Williams*

6/14/2019

**Second Claim**

The following day on 12/17/2017 I was nervous and afraid they were coming back so I called 911 to report the danger to my life. At this point, Officer Sherry Conaway arrived to take a statement as I thought, but the moment I mentioned that a government official was present on the scene her eyes popped wide open and she left without allowing me to write a statement. She then returned with an Unknown SPD Officer as he place handcuffs on me and arrested me. I continuously argued that there was no warrant on my name but SPD Officer Sherry Conaway arrested me anyways and took the credit for the arrest as she then told me it was a warrant out for my arrest for contempt court for probation. I was then taken in but I was tortured mentally before doing so.

When traveling on Chatham Parkway to make the turn on Carl Griffin Dr. The officer slowed down to make the turn then sped off quickly. I then I began to panic and roll in the back seat and asked where was I going? I was informed by Officer Sherry Conaway to be calm and that no one wanted to bother me but while she was saying this she had an evil, devious look on her face while she talked normally...( She seemed to be smirking a bit) At that point, I told her that if she was taking me to be killed then take off the handcuffs first. Officer Sherry Conaway seemed to enjoy me in this state as her face did not match her tone.

She then drove me to the tag office parking lot in the back as she smiled the whole time. I asked why we was there and she told me because she needed to get the warrant that was approved by Judge Michael Karpf office, although The warrant spoken of was dismissed by said judge on or around 11/17/17.

I was then taken to The Chatham County Jail where I was injected with a poisonous Biological warfare that are forbidden against citizens.

(It's attacking my brain and heart.) I was then held until about 12/21/2017 until Judge Michael Karpf signed the release after I requested documents to file a lawsuit.

This is an incident that involves conspiracy, Fraud, Attempted Murder, kidnap and a Malicious Arrest. See evidence of Defrauded Arrest warrant which was done under the color of law and as confirmed by Officer Sherry Conaway That Judge Michael Karpf

issued the warrant and it was legit. Exhibit ____ clearly shows that warrant was approved the day after arrest on 12/18/2017 and the order of release was signed by none other than Judge Michael Karpf on 12/20/2017 which shows his direct involvement and attack against myself... The Plaintiff can remember being released on 12/21/2017 which is 1 day after release signed... ...

This incident is a recent and only one of many incidents where I'm being harassed by public officials while under the color of law and one of many attempted murders on my life as this local government is continuously attacking me with physical punishment of kidnap and Biological warfare which is illegal. This has been happening since his release from the Chatham County jail.

pro se Jabbar Muhammad Ali Williams

2003 Mell St.

Savannah, Ga. 31415

202-867-0826

_Jabbar Muhammad Ali Williams_
6/14/2019

**Third Claim**

**On or about 1/11/2019 I was jumped on at my home at resident 2203 Mell St. Savannah GA, 31415.**

I was walking into my yard when I heard police cars swerve violently as the police jumped out stating aloud, " We got you now!! I'm gonna teach you! It's over with!" Startled. They all immediately jumped on me as they attempted to quickly handcuff me and take me away against my will.

As I was jumped on and the lady Officer started hitting me in the head with her fists as she started yelling statements like, " Nigger put these cuffs on." (I was refusing to be cuffed) A Lot of things were said but in the mist I started yelling, "Don't kill me! Don't kill me! Not like this! I got HIV! I got HIV. Help me! Help me! They are trying to kill me! All of my neighbors came outside to watch. My daddy was held at gunpoint around the corner where he could not see. The other officers were keeping the neighbors at bay and the 3 or so Officer who were holding me down seem to be looking for an opportunity to kill me in my yard. They were looking as they were trying to plant something on me but it was too many people on the scene because i was yelling for help.

After being handcuffed. I was asked why I ran and I told them I didn't run I was continuing doing what I was doing and that was going in my yard. Then they said I was going to be arrested. I then informed them that are you aware what you are about to do? I repeated myself. Are you aware what you are about to do?!

The officers then did a huddle then came back and said, "We are not about to arrest you but you need to get in the ambulance." I then refused. I was repeatedly asked this question and then was told it's required that that an ambulance come check me after contact. So I said ok. While sitting on the curve I was asked again to go in the ambulance. Then one of the officers asked if I wanted to go to jail and I said no. When the ambulance pulled up I was cleared from contact then the medic began repeatedly asking me to ride with him. (The handcuffs were still on) I then said I would go but not before I take a shower because I boo booed up my clothes in the altercation. The medic then said don't worry. I'll just get your pops to bring changing clothes. I told

him I wasn't going without showering up. He asked and asked until he agreed to let me shower. I felt like it was mandatory because the cuffs were still on. I was then allowed to have to cuffs taken off after I had agreed.

After taking a shower I looked out the window and the medic and Officers were huddled up very suspiciously so I came out and told them I was going to take myself. I was then asked where I was going and I told them Memorial Hospital. In route to Memorial Hospital I seen most of the same Officers and the ambulance waiting in the parking lot of Family Dollars on Derenne.

Once I got to Memorial a full blood analysis was done. When the blood was drawn, the nurse who took the blood put a tube of Clear substance in my arms. An X-ray was done of my chest and midsection. Then a cat scan of my brain was taken where more substance was put into my arms. After about 4 or 5 hours in all the doctor entered my cubicle looking puzzled as he asked. You jaw not locked up? And I told him no. He just looked confused as he told me everything was clear and there was no major issues with my blood. No Diabetics, no cancers. I was then allowed to leave.

Pro se Jabbar Muhammad Ali Williams
2203 Mell St.
Savannah GA 31415
202-867-0826

Jabbar Muhammad Ali Williams
6/19/2019

## Pain And Suffering for 12/16/2017

Because of the facts laid out on the record and the fact no official wants the higher court to know of the illegal activities in case The Plaintiff was and still is being followed daily and harassed, and life threatened.

The incident at Pals Mini Mart cause psychological trauma were I actually feared for my life when the masked man pulled for what I believed was a gun. As I stood there watching his motions fear grew and grew to a point that I believed I was going to be shot to death and murdered so I ran for my life. (This Incident may have been recorded, if footage still obtainable)

This was a deliberate act to get me to give up my appeal and accept the illegal plea on record as I have been threatened and harassed many times before such date. At this point in my case I actually thought I was going to die because it all looked like a set up hit as what would have been done in a movie.

The incident, is itself, is something I can not forget due to nightmares that I still experience to today.  At this point in my life I no longer believe in the law or believe in the protections that is guaranteed to a citizen of this state or the United States of America. This deliberate trauma was deliberately inflicted in an attack against myself and mankind where respect for the law are not being honored and i fear for my life today as we speak because I broke no law of the State of Georgia and is being attacked and threatened with murder if I don't accept this illegal plea.  Because of these facts I fear for my life daily.

The plaintiff wants to know that he has been tortured by defendants and seek damages on these grounds.

And when I would tell my **Attorney Steven Sparger** what was going on he would reply, "Maybe if you give up your appeal all this will go away." He would smirk while saying this.

Pro se Jabbar Muhammad Ali Williams

2203 Mell St.

Savannah Georgia 31415

202-867-0826

Jabbor Muhammad Ali William
6/19/2019

## Pain and Suffering for 12/17/2017

After fearing for my life and being fed up with the harassment and threats on my life and although the Local Government was attacking me, I called 911 for help because I believe I was going to die. When I did call 911 the operator started mocking me and said, " So you gone call the police on the police?" And I replied, "Yes, because I'm a felon and I can't possess a gun to protect myself. Its the police job to protect me." "This was recorded."

Once Savannah Police Officer Sherry Conaway Then arrived at my residence at 2203 Mell St. Savannah Ga. 31415 she began to question me about the incident. As I explained the issued at hand she seemed to be not taking the issue seriously at all and at times you could see a smirk on her face. Even when I was confused  about the location's address she attacked me telling me, "So you were attacked and you don't know the street name or address you was attacked at?" I could only remember street to where I visit so I told her Adams Ave.

At this point I felt humiliated because I was being made a fool of while my life was on the line, which had me in fear of death.

Once I mentioned a government official was on the scene her face change quickly as it went to terror and she quickly left and returned to arrest me as I explained clearly that I didn't have an arrest on my name.

When riding to the Chatham County Jail Officer Conaway put me through **Intentional Stress and Grief.** When she saw me going through panic about taking a new route to Chatham County Jail she began to smile at me and talk calmly with a devious look on her face. At that point I thought I was being taken to be killed because I know I was being arrested illegally. Once at The Chatham County Jail I was injected with something that altered my mind because it left me very emotional and depressed to the point I was crying on the phone with my girl at the time, which left me in a completely sad state of mind.

I started having nightmares on top of the nightmares I was receiving from being afraid of my life being taken by these corrupt officials.

I'm afraid to call 911 if I should ever need help again. I don't believe in the law anymore nor do I want their help because I was attacked for asking for help. Days later after my release I was met in front of my home by a masked man who looked like the same person who blocked me in with a masked days earlier at the store.

When he approached me he just stopped with his hands in his pocket that had a big bulge in it resembling a gun then looked back at my pops ( He did this about 3 times) who was watching us both, then he just walked away. When I looked back at my pops he ran in the house with fear.

I began to worry about my pops and family everyday because my family is also being harassed.

I also experience lots of pain when I do my legal work or think about my case.

Something has been injected into me that is hurting me from the inside.

From head to toe I experience unexplainable pains unbearable.

I see visions when I sleep and throughout the day showing images of death. This is very scary and it only started after I was arrested illegally.

Pro se Jabbar Muhammad Ali Williams
2203 Mell St.
Savannah GA 31415
202-867-0826

6/19/2019

## Relief for 12/16/2017

_Claire Williams_ sued on his/ her individual capacity.

1. The Plaintiff is requesting whistleblower protection and benefits under Qui Tam.

2. The Plaintiff is requesting that defendant disclose financial statements in total the the court and mailed to the address of The Plaintiff of all assets in total, including any stake or ownership of any company or business, credit, stock and property; or any recent liquidations.

3. The Plaintiff is requesting that _Claire Williams_ be Disqualified from his/his _her_ duties now and in the future.

4. The Plaintiff is requesting _Claire Williams_ pay The Plaintiff a sum of $30,000.00 in cash in **Compensatory Damages,** $20,000.00 in attorney fees, $2,900,000.00 in punitive damages and $2,500,000.00 in pain and suffering, PTSD, Mental Anguish and whatever the courts deems necessary.
Exploratory Damages of $5,000.00 in cash

5. The Plaintiff is also requesting **Special Compensatory:**

loss of earnings for denial of employment for recent defrauded charges
Known violations of The Plaintiff's rights
Harassment for for the 3 years since being released
Having the Plaintiff denied medical treatment in the state of Georgia and state to state and causing him to live in grief and discomfort,
loss of future earnings,
cost of future medical care,

household expenses, and

for denial of the right to vote for a sum of $ 3,000,000.00.

6. The Plaintiff is also requesting adequate medical attention.

Pro se Jabbar Muhammad Ali Williams

2203
2003 Mell St.

Savannah, Ga. 31415

202-867-0826

Jabbar Muhammad Ali
6/19/2019

## Relief for 12/17/2017

_Claire Williams_ sued on his/ her individual capacity.

1. The Plaintiff is requesting whistleblower protection and benefits under Qui Tam.

2. The Plaintiff is requesting that defendant disclose  financial statements in total the the court and mailed to the address of The Plaintiff of all assets in total, including any stake or ownership of any company or  business, credit, stock and property; or any recent liquidations.

3. The Plaintiff is requesting that _Claire Williams_ be Disqualified from his/his _her_ duties now and in the future.

4. The Plaintiff is requesting _Claire Williams_ pay The Plaintiff a sum of $30,000.00 in cash in **Compensatory Damages,** $20,000.00 in attorney fees, $15,800,000.00 in **Punitive Damages** and $12,500,000 in **Pain And Suffering,** PTSD, Mental Anguish and whatever the courts deems necessary.
The Plaintiff is also requesting **Punitive Damages** $ 5,000,000.00

5. The Plaintiff is also requesting **Special Compensatory:**

loss of earnings for denial of employment for recent defrauded charges

Known violations of The Plaintiff's rights

Harassment for for the 3 years since being released

Having the Plaintiff denied medical treatment in the state of Georgia and state to state and causing him to live in grief and discomfort,

loss of future earnings,

cost of future medical care,

household expenses, and

for denial of the right to vote for a sum of $ 3,000,000.00.

6. The Plaintiff is also requesting adequate medical attention.

pro se Jabbar Muhammad Ali Williams

2203 Mell St.

Savannah, Ga. 31415

202-867-0826

*Jabbar Muhammad Ali Williams*
6/14/2019

## Relief for About 1/11/2019

_Claire Williams_ sued on his/ her individuals capacity.

1. The Plaintiff is requesting whistleblower protection and benefits under Qui Tam.

2. The Plaintiff is requesting that defendant disclose  financial statements in total the the court and mailed to the address of The Plaintiff of all assets in total, including any stake or ownership of any company or  business, credit, stock and property; or any recent liquidations.

3. The Plaintiff is requesting that _Claire Williams_ be Disqualified from his/his duties now and in the future.

4. The Plaintiff is requesting _Claire Williams_ pay The Plaintiff a sum of $30,000.00 in cash in **Compensatory Damages,** $20,000.00 in attorney fees, $20,800,000.00 in **Punitive Damages** and $12,500,000 in **Pain And Suffering,** PTSD, Mental Anguish and whatever the courts deems necessary.
The Plaintiff is also requesting **Punitive Damages** $ 5,000,000.00

5. The Plaintiff is also requesting **Special Compensatory:**

loss of earnings for denial of employment for recent defrauded charges
Known violations of The Plaintiff's rights
Harassment for for the 3 years since being released
Having the Plaintiff denied medical treatment in the state of Georgia and state to state and causing him to live in grief and discomfort,
loss of future earnings,

cost of future medical care,

household expenses, and

for denial of the right to vote for a sum of $ 3,000,000.00.


6. The Plaintiff is also requesting adequate medical attention.



pro se Jabbar Muhammad Ali Williams

2200
2003 Mell St.

Savannah, Ga. 31415

202-867-0826

*Jabbar Muhammad Ali Williams*
*4/19/2019*

**Pain and Suffering For about 12/11/2019**

After the Savannah Police Officers trespassed on my property and attacked me with blows to my head and body and attempted to plant some drugs or a gun on me to justify murdering myself because I was appealing case # CR 14-2683. As they were looking around while holding me down I knew I was about to be kidnapped again and i panicked and yelled to save my life. I was so scared that I used the bathroom in my drawers and was embarrassed and shamed. They were moving in a fast manner hoping not to be seen and when I noticed this, I went through a psychological moment and began to blurt anything to get attention as they attempted to take me out my yard and murder me. When I began to yell I got HIV as I used as a tactical defense because I was being hit with fists in my head in which they know it would be hard to discover with myself having dreads but at that point they stopped hitting me and only held me down as they were still trying to hold my daddy back at gunpoint but my neighbors were close on the curve watching which made them angrier so they attempted to get me away from them by attempting to force me in the ambulance. This Again made me panic for my life because I was asked about 8 times to leave with them after I was told I was not going to be arrested. Not only that; they refused to take the cuffs off me until I had agreed to leave with the ambulance. When the officer said, " Do you want to be arrested?" after asking me for a final time I was force to agree while already being a prisoner for breaking no law of the State Of Georgia and while being in my own personal environment. I begged the officers not to kill me which was also embarrassing.

While sitting on the curve one of the Officers asked me how was my visit to Curtis V. Cooper went and I quickly asked him how did he know I was as Curtis V. Cooper that same day and he said my daddy told him which was a lie because I had not seen my daddy all day. This again put me in a state of shock because this tells me that this activity was a random incident. It's an incident I have nightmares about on the regular. In fact. One of my neighbors informed me later that my home was surrounded and they were on his property waiting for me as I approach my home. This tells me that this incident was an Attempted murder in which my life has been attempted on by law

enforcements agents in the past because I will not accept the illegal case spoken of in said affidavit.

I'm very uncomfortable around police officers because I believe they will always and forever try to kill me.

After going to Memorial Health and being injected and my head cat scanned for reasons not explained it seems this evil and negative force has gotten stronger as it erases my thoughts and forces my body to move in directions I do not want to. This has been happening but now I seem to be punished with sharp pains at will throughout my body randomly. It makes me fall to sleep at will when im doing my legal work. I experience pains in my hands when I right or type my legal work. I get pains in my eyes when images of death is around and my head is force to turn and view. This happens daily. When a song or the news comes on and it speaks about death my ears hurt and my body or head is directed to that particular message as a threat on my life. This also happens daily and throughout the day or any given chance... My thoughts are being tampered with and there is no area on my body I do not experience pains, daily to a point it's impossible to forget that I'm not in full control of my own body anymore.

My manhood is being tamper with as **my anus is being play with** which is taking on a mental toll on myself because I'm not gay. When men are around, I look or see men on TV **my penis seems to begin to be stroked daily also.** I can not look at a male without these things happening and it makes me feel less than a man.

When I think of something positive I am punished with a pain somewhere on my body. When I think of law also. I be afraid to do my legal work because of these facts or socialize with people because of these bad experiences..

And also. I'm forced to spin around in circles and look like a fool in public. This is Truly embarrassing.


Pro se Jabbar Muhammad Ali Williams

2203 Mell St.

Savannah GA. 31415

202-867-0826

Jabbar Muhammad Ali William

6/19/2019

I, Jabbar Muhammad Ali Williams declare under penalty of perjury that the foregoing is true and correct (28 U.S.C. 1746)

Name _____ *Jabbar Muhammad Ali Williams*
*4/14/ 2019*

/  /

Pro se Jabbar Muhammad Ali williams

2203 Mell St.

Savannah, Ga. 31415

202-867-0826

## CERTIFICATE OF GOOD FAITH

"I, the Pro Se Petitioner Jabbar M.A. Williams on record in the above-styled case, and

I'm making this certificate of good faith as required by Rule 34 of the Supreme Court of

Georgia. I hereby certify that I am familiar with the trial court record in the above-styled

case and, based on the record and my understanding of the applicable law, I have a good

faith belief that this application has merit and that it is not filed for the purpose of delay,

harassment, or embarrassment.

Pro se Jabbar Muhammad Ali Williams

2203 Mell st

Savannah, Ga. 31415

## IN THE UNITED STATES DiSTRICT COURT
## OF THE SOUTHERN
## DISTRICT OF GEORGIA

**Jabbar Muhammad Ali Williams**

    **Plaintiff**

      **V**

Claire Williams
    **Defendants**

### CERTIFICATE OF SERVICE

I, Jabbar Muhammad Ali Williams certify that I am hand delivering this civil compliant, ~~and summary judgement~~ to The United States Clerk of the Southern District of Georgia.

Jabbar Williams      *Jabbar Muhammad Ali William*

2203 Mell st.      4/19/2019

Savannah, Ga. 31415

Signature:

Date:      / /

## BRIEF

*Spillers v. State*, 299 Ga. Ap 16-10-71. **False Swearing** p. 854, (2009).

Abuse of process

### 16-4-10. Domestic Terrorism; Penalty

(a) As used in this Code section, "domestic terrorism" means any violation of, or attempt to violate, the laws of this state or of the United States which:

(1) Is intended or reasonably likely to injure or kill not less than ten individuals as part of a single unlawful act or a series of unlawful acts which are interrelated by distinguishing characteristics; and

(2)(A) Is intended to intimidate the civilian population of this state, any of its political subdivisions, or of the United States;

(B) Is intended to alter, change, or coerce the policy of the government of this state or any of its political subdivisions by intimidation or coercion; or

(C) Is intended to affect the conduct of the government of this state or any of its political subdivisions by use of destructive devices, assassination, or KIDNAPPING.

18 U.S. Code § 1001 - Statements or entries generally US Code Notes Authorities (CFR)
The unlawful use of violence and intimidation, especially against civilians, in the pursuit of political aims.

16-4-1. Criminal Attempt

A person commits the offense of criminal attempt when, with intent to commit a specific crime, he performs any act which constitutes a substantial step toward the commission of that crime.

16-4-7. Criminal solicitation

(a) A person commits the offense of criminal solicitation when, with intent that another person engage in conduct constituting a felony, he solicits, requests, commands, importunes, or otherwise attempts to cause the other person to engage in such conduct.

> **"Police Misconduct Provision"**
>
> This law makes it unlawful for State or local law enforcement officers to engage in a pattern or practice of conduct that deprives persons of rights protected by the Constitution or laws of the United States. **(42 U.S.C. § 14141). In the case of Screws v. United States.,' decided on May 7, 1945, the Supreme Court of the United States rendered a decision profoundly important to the cause of civil liberty. Section 52, which is concerned with the action of public officers, is as follows:**
>
> Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects, or causes to be subjected, any inhabitant of any State, Territory, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution and laws of the United States, or to different punishments, pains, or penalties, on account of such inhabitant being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined not more than $1,000, or imprisoned not more than one year, or both.' 2

The first statute, **18 U.S.C.S. 241,** dealt with criminal conspiracies. The second statute, **18 U.S.C.S. 242,** criminalized anyone acting under the color of law from depriving any of the rights, privileges, or immunities guaranteed by the Constitution.

 The types of conduct covered by this law can include, among other things, **excessive force, discriminatory harassment, false arrests, coercive sexual conduct, and unlawful stops, searches or arrests. In order to be covered by this law, the misconduct must constitute a "pattern or practice".**

**Title VI of the Civil Rights Act of 1964 and the "OJP Program Statute"**

Together, these laws prohibit discrimination on the basis of race, color, national origin, sex, and religion by State and local law enforcement agencies that receive financial assistance from the Department of Justice. **(42 U.S.C. § 2000d, et seq. and 42 U.S.C. § 3789d(c)).** Currently, most persons are served by a law enforcement agency that receives DOJ funds. These laws prohibit both individual

instances and patterns or practices of discriminatory misconduct, i.e., treating a person differently because of race, color, national origin, sex, or religion. The misconduct covered by Title VI and the OJP (Office of Justice Programs) Program Statute includes, for example, harassment or use of racial slurs, unjustified arrests, discriminatory traffic stops, coercive sexual conduct, retaliation for filing a complaint with DOJ or participating in the investigation, use of excessive force, or refusal by the agency to respond to complaints alleging discriminatory treatment by its officers.

The very purpose of the requirement that an individual be indicted by a Grand Jury is to

limit that individual's jeopardy to offense charged by a group of his and hers fellow

citizens acting independently of either Prosecuting attorney or judge. See Stironte v.

United States, 361 U.S. 212, 218, 80 S.C. 270, 270, 273, 46 ED 252 (1960)

O.C.G.A. 15-12-72 Grand Jurors shall disclose everything which occurs in their service

when it becomes necessary in any court.


§ 16-10-32 - Attempted murder or threatening of witnesses in official proceedings
View the 2017 Georgia Code | View Previous Versions of the Georgia Code
2010 Georgia Code
TITLE 16 - CRIMES AND OFFENSES
CHAPTER 10 - OFFENSES AGAINST PUBLIC ADMINISTRATION
ARTICLE 2 - OBSTRUCTION OF PUBLIC ADMINISTRATION AND RELATED OFFENSES
§ 16-10-32 - Attempted murder or threatening of witnesses in official proceedings

O.C.G.A. 16-10-32 (2010)

16-10-32. Attempted murder or threatening of witnesses in official proceedings

(a) Any person who attempts to kill another person with intent to:

(1) Prevent the attendance or testimony of any person in an official proceeding;

(2) Prevent the production of a record, document, or other object, in an official proceeding; or

(3) Prevent the communication by any person to a law enforcement officer, prosecuting attorney, or judge of this state of information relating to the commission or possible commission of a criminal offense or a violation of conditions of probation, parole, or release pending judicial proceedings

shall be guilty of a felony and, upon conviction thereof, shall be punished by imprisonment for not less than ten nor more than 20 years.

O.C.G.A. 16-4-8 (2010)

16-4-8. Conspiracy to commit a crime

A person commits the offense of conspiracy to commit a crime when he together with one or more persons conspires to commit any crime and any one or more of such persons does any overt act to effect the object of the conspiracy.

Screws v. United States, 325 U.S. 91 (1945)

Under O.C.G.A. §16-10-71, a person who takes a lawful oath or affirmation commits false swearing when they knowingly and willfully make a false statement. False swearing also occurs when a person executes a document knowing the statement is false.

18 U.S. Code § 1512. Tampering with a witness, victim, or an informant

(a)

(1) Whoever kills or attempts to kill another person, with intent to—

(A) prevent the attendance or testimony of any person in an official proceeding;

(B) prevent the production of a record, document, or other object, in an official proceeding; or

(C) prevent the communication by any person to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation, parole, or release pending judicial proceedings;

shall be punished as provided in paragraph (3).

O.C.G.A. 16-5-40 (2010)

16-5-40. Kidnapping

(a) A person commits the offense of kidnapping when such person abducts or steals away another person without lawful authority or warrant and holds such other person against his or her will.

O.C.G.A. 16-10-93 (2010)

16-10-93. Influencing witnesses

(a) A person who, with intent to deter a witness from testifying freely, fully, and truthfully to any matter pending in any court, in any administrative proceeding, or before a grand jury, communicates, directly or indirectly, to such witness any threat of injury or damage to the person, property, or employment of the witness or to the person, property, or employment of any relative or associate of the witness or who offers or delivers any benefit, reward, or consideration to such witness or to a relative or associate

of the witness shall, upon conviction thereof, be punished by imprisonment for not less than one nor more than five years.

(b)(1) It shall be unlawful for any person knowingly to use intimidation, physical force, or threats; to persuade another person by means of corruption or to attempt to do so; or to engage in misleading conduct toward another person with intent to:

(A) Influence, delay, or prevent the testimony of any person in an official proceeding;

(B) Cause or induce any person to:

(i) Withhold testimony or a record, document, or other object from an official proceeding;

(ii) Alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding;

(iii) Evade legal process summoning that person to appear as a witness or to produce a record, document, or other object in an official proceeding; or

(iv) Be absent from an official proceeding to which such person has been summoned by legal process; or

(C) Hinder, delay, or prevent the communication to a law enforcement officer, prosecuting attorney, or judge of this state of information relating to the commission or possible commission of a criminal offense or a violation of conditions of probation, parole, or release pending judicial proceedings.

**Rule 3.3 Avoiding Bias and Prejudice**

(A) Judges shall perform judicial duties without bias or prejudice. A judge shall not, in the performance of judicial duties, by words or conduct manifest bias or prejudice, or engage in harassment, including but not limited to bias, prejudice, or harassment based upon age, disability, ethnicity, gender or sex, marital status, national origin, political affiliation, race,religion, sexual orientation, or socioeconomic status. Judges shall not permit court staff, court

officials, or others subject to the judge's direction and control to do so.

Commentary:

[1] Judges must refrain from speech, gestures, or other conduct that could reasonably be perceived as prejudiced or biased or as harassment and must require the same standard of conduct of others subject to their direction and control.

[2] Judges must perform judicial duties impartially and fairly. Judges who manifest bias on any basis in a proceeding impair the fairness of the proceeding and bring the judiciary into disrepute. Facial expression and body language, in addition to oral communication, can give to parties, lawyers, jurors, the media, and others an appearance of judicial bias. Judges must be

alert to avoid behavior that may be perceived as prejudicial.

[3] Sexual harassment includes, but is not limited to, sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature that is unwelcome.

(B) Judges shall require lawyers in proceedings before the court to refrain from manifesting bias or prejudice, or engaging in harassment, based upon attributes including, but not limited to, age, disability, ethnicity, gender or sex, marital status, national origin, political affiliation, race, religion, sexual orientation, or socioeconomic status, against parties, witnesses, lawyers, or others. This Rule, 3.3 (B), does not preclude legitimate advocacy when age, disability, ethnicity, gender or sex, marital status, national origin, political affiliation, race, religion, sexual orientation, or socioeconomic status, or other similar factors, are issues in the proceeding.

Commentary:

[1] Judges who permit others to manifest bias or prejudice on any basis in a proceeding impair the fairness of the proceeding and bring the judiciary into disrepute.

[2] Examples of manifestations of bias or prejudice include but are not limited to epithets; slurs; demeaning nicknames; negative stereotyping; attempted humor based upon stereotypes; threatening, intimidating, or hostile acts; suggestions of connections between race, ethnicity, or nationality and crime; and irrelevant references to personal characteristics. Even facial expressions and body language can convey to parties and lawyers in the proceeding, jurors, the media, and others an appearance of bias or prejudice.

28 U.S. Code § 455. Disqualification of justice, judge, or magistrate judge.

(a) Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.

(b) He shall also disqualify himself in the following circumstances:

(1) Where he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding;

CANONS, RULES, AND COMMENTARY

Canon 1

JUDGES SHALL UPHOLD THE INDEPENDENCE, INTEGRITY, AND IMPARTIALITY OF THE JUDICIARY AND SHALL AVOID IMPROPRIETY AND THE APPEARANCE OF IMPROPRIETY IN ALL OF THEIR ACTIVITIES.

Rule 1.1 Complying With the Law

Judges shall respect and comply with the law.

Rule 1.2 Promoting Public Confidence in the Judiciary

(A) Judges shall act at all times in a manner that promotes public confidence in the independence, integrity, and impartiality of the judiciary.

(B) An independent and honorable judiciary is indispensable to justice in our society. Judges shall participate in establishing, maintaining, and enforcing high standards of conduct, and shall personally observe such standards of conduct so that the independence, integrity, and impartiality of the judiciary may be preserved. The provisions of this Code should be construed and applied to further that objective.

Commentary:

[1] Deference to the judgments and rulings of courts depends upon public confidence in the independence, integrity, and impartiality of judges. The independence, integrity, and impartiality of judges depends in turn upon their acting without fear or favor. Although judges should be independent, they shall comply with the law, including the provisions of this Code. Public confidence in the impartiality of the judiciary is maintained by the adherence of each judge to this responsibility. Conversely, violation of this Code Diminishes public confidence in the judiciary and thereby does injury to the system of government under law.

[2] Public confidence in the judiciary is eroded by irresponsible or improper conduct of judges. Judges must avoid all impropriety and appearance of impropriety. Judges must expect to be the subject of constant public scrutiny. Judges must therefore accept restrictions on their conduct that might be viewed as burdensome by the ordinary citizen, and they should do so freely and willingly.

[3] The prohibition against behaving with impropriety or the appearance of impropriety applies to both the professional and personal conduct of a judge. Because it is not practicable to list all prohibited acts, the proscription is necessarily cast in general terms that extend to conduct by judges that is harmful although not specifically mentioned in the Code. Actual improprieties under this standard include violations of law, court rules, or other specific provisions of this Code. The test for appearance of impropriety is whether the conduct would create in reasonable minds a perception that the judge's ability to

carry out judicial responsibilities with integrity, impartiality, and competence is impaired. See also Rule 3.6.

[4] Judges are allowed to participate in activities that promote ethical conduct among judges and lawyers, support professionalism within the judiciary and the legal profession, and promote access to justice for all.

[5] Judges are allowed to initiate and participate in community outreach activities for the purpose of promoting public understanding of and confidence in the administration of justice. When engaging in such activities, judges must act in a manner consistent with this Code.

The administration of justice is the process by which the legal system of a government is executed. The presumed goal of such administration is to provide justice for all those accessing the legal system. The phrase is also used commonly to describe a University degree (as in: a BA in Administration of Justice), which can be a prerequisite for a job in law enforcement or government.[1]

**First Amendment** Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

**Fourth Amendment** of the U.S. Constitution provides that "[t]he **right** of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, **and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly** ...

**Fifth Amendmant** No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War

or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

**Eight Amendament** Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

**Ninth Amendment**- The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others **retained by the people.**

**Thirteenth Amendment**- Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

**Fourteenth Amendment**- All persons born or naturalized in the United States and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

**United States Nationality Law**

This article is about laws regarding U.S. citizenship. For citizenship in general, see Citizenship of the United States.

Physicist Albert Einstein receiving his certificate of American citizenship from Judge Phillip Forman in 1940.[1]

The United States nationality law is a uniform rule of naturalization of the United States set out in the **Immigration and Nationality Act of 1952,** enacted under the power of Article I, section 8, clause 4 of the United States Constitution (also referred to as the

Nationality Clause), which reads: Congress shall have Power - "To establish a uniform Rule of Naturalization..." The 1952 Act sets forth the legal requirements for the acquisition of, and divestiture from, American nationality. The requirements have become more explicit since the ratification of the **Fourteenth Amendment** to the Constitution, with the most recent changes to the law having been made by Congress in 2001.

The very purpose of the requirement that an individual be indicted by a Grand Jury is to limit that individual's jeopardy to offense charged by a group of his and hers fellow citizens acting independently of either Prosecuting attorney or judge. See Stironte v. United States, 361 U.S. 212, 218, 80 S.C. 270, 270, 273, 46 ED 252 (1960)

**ADMINISTRATION OF WILLIAM J. CLINTON, 1998 / Dec. 10**

Administration of William J. Clinton, 1998 / Dec. 10 2459
Executive Order 13107—
Implementation of Human Rights Treaties December 10, 1998.

**By the authority vested in me as President by the Constitution and the laws of the United States of America, and bearing in mind the obligations of the United States Pursuant to the International Covenant on Civil and Political Rights(ICCPR), the Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT), the Convention on the Elimination of All Forms of Racial Discrimination(CERD), and other relevant treaties concerned with the protection and promotion of human rights to which the United States is how or may become a party in the future, it is hereby ordered as follows. see case law for more details.**

United States v. Georgia (04-1203); Goodman v. Georgia (04-1236)
Appealed from: United States Court of Appeals, Ninth Circuit
Oral argument: Nov. 9, 2005.

**CONGRESSIONAL POWER, SOVEREIGN IMMUNITY, SECTION 5, DISABILITY DISCRIMINATION, AMERICANS WITH DISABILITIES ACT, STATE PRISONS.**

**Tony** Goodman, a paraplegic inmate in the Georgia correctional system, sued the state of Georgia under Title II of the ADA for disability discrimination. He alleges that the state held him for 23 hours a day in a narrow cell in which he could not adequately move his wheelchair, failed to make bathing and toileting facilities accessible, and excluded him from services and programs because of his disability. Georgia maintains that Goodman's claims are barred by the Eleventh Amendment. The district court agreed and granted the state's motion for summary judgment. The Supreme Court will decide whether the Americans with Disabilities Act is a proper exercise of Congress's power as applied to the administration of prison systems and, if so, whether disabled prisoners can sue states for disability discrimination under the Act. If the Court affirms the decision below, the caseload of federal courts will be reduced, states will not have to worry about disability discrimination lawsuits brought against them, and taxpayers will not have to put their dollars into revamping prisons. But if proponents of abolishing state immunity are right, an affirmation might allow the alleged inhumane treatment of disabled prisoners to continue.

**Federal Civil Rights Liability (42 U.S.C. § 1983)**

**The Federal Civil Rights statute is the basis by which a state or local government employee can assert a civil rights claim. 42 U.S.C. § 1983 provides:**

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to

be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

The most common claims brought under § 1983 are for violation of constitutional rights, including:

• First Amendment rights of freedom of religion, speech, and press;
• Fourth Amendment protections against searches and seizures;
• Fifth Amendment protection from self-incrimination;
• Eighth Amendment protection against cruel and unusual punishment; and
• Fourteenth Amendment protections against deprivations of life, liberty, or property without due process.

Under § 1983, "any citizen" can be that person if he or she, while acting "under color of state law," deprived the plaintiff of his or her constitutional rights, and that the challenged conduct caused a constitutional violation. The "color of law" element is established where a public employee acts pursuant to his or her office or in his or her official capacity.

## Human Rights Violation

Human Trafficking § 16-5-46

(a) As used in this Code section, the term:

(1) "Coercion" means:

(A)  Causing or threatening to cause bodily harm to any individual, physically restraining or confining any individual, or threatening to physically restrain or confine any individual;

Corruption

Administration act

Rule 1.3 Respecting the Prestige of Judicial Office

Pro se Jabbar Muhammad Ali Williams

2203 Mell St

Savannah GA 31415

202- 867-0826

IN THE SUPERIOR COURT OF CHATHAM COUNTY    FILED IN OFFICE
STATE OF GEORGIA

2014 APR 22 A 11: 04

DEP. CLK SUPERIOR CT.
CHATHAM COUNTY, GA

IN THE MATTER OF THE APPLICATION        *
OF THE STATE OF GEORGIA                  *
FOR AN ORDER AUTHORIZING THE             *
INSTALLATION AND USE OF A PEN            *       SEALED APPLICATION
REGISTER DEVICE, ENHANCED CALLER         *       SERFTF FID #
ID SPECIAL CALLING FEATURE, A TRAP       *
AND TRACE DEVICE, CELL SITE              *
LOCATION DATA AND DISCLOSURE             *
OF TELEPHONE SUBSCRIBER RECORDS.         *
                                         *

APPLICATION FOR PEN REGISTER AND TRAP AND TRACE DEVICE; AND FOR WARRANT FOR DISCLOSURE OF STORED ELECTRONIC COMMUNICTIONS

Comes now the District Attorney of Chatham County, Eastern Judicial Circuit of Georgia, by and through the undersigned Chief Deputy Assistant District Attorney Thomas M. Cerbone, joined by Deputy Herbert Eugene Harley Jr., a P.O.S.T Certified officer of Chatham County Sheriff's Office currently assigned to the Chatham-Savannah Counter Narcotics Teams, and a Task Force Agent of the Federal Bureau of Investigation and therefore a State investigative law enforcement officer with the duty to enforce the criminal laws of the State of Georgia and having been duly sworn and together make this Application for an Order authorizing use of a Pen Register and Trap and Trace (PRTT). In addition, the Applicants are requesting that the Order authorize the use of enhanced caller ID, all other special calling features, cell cite location data, and the disclosure of subscriber records. In support thereof, Applicant shows the following:

1) Georgia law permits the use of PRTT devices under O.C.G.A. §16-11-64.1 "to the extent the same is consistent with and permitted by the laws of the United States."

2) The laws of the United States permits issuance of a PRTT under 18 USCS § 3123 if that Order specifies:

   (A) the identity, if known, of the person to whom is leased or in whose name is listed the telephone line or other facility to which the pen register or trap and trace device is to be attached or applied;

   (B) The identity, if known, of the person who is the subject of the criminal investigation;

   (C) the attributes of the communications to which the order applies, including the number or other identifier and, if known, the location of the telephone line or other facility to which the pen register or trap and trace device is to be attached or applied, and, in the case of an order authorizing installation and use of a trap and trace device under subsection (a) (2), the geographic limits of the order; and

   (D) A statement of the offense to which the information likely to be obtained by the

Exhibit 1

...AM-SAVANNAH CNT
251800

inted Date: 04/01/2015    Page 1 of 2
ted Time: 3:20 PM

## DRUG INVESTIGATOR REPORT

t Date: 03/19/2015    Report Time: 14:49

Incident No.
**140414038**

| o. | Name: (Last, First, Middle) | | Home Phone | Work Phone |
|---|---|---|---|---|
| is | WILLIAMS , JABBAR MUHAMMAD-ALI | | | |

AUGUSTA AVENUE    38-B    GARDEN CITY , GA 31408    SSN

| :K | Sex | Date of Birth | Employer | | School | |
|---|---|---|---|---|---|---|
| | M | | | | | |

| Weight | Hair | | Eyes | | | | | |
|---|---|---|---|---|---|---|---|---|
| 213 | BLK | | BRO | | ☐ Suspect | ☐ Warrant | ☑ Arrest | |

Charges
)RISTIC THREATS VIA COMPUTER OR COMPUTER NETWORK

| Counts | Code | Attempt |
|---|---|---|
| 1 | 16-11-37.1 | ☐ |

harges
SSION OF MARIJUANA (MORE THAN 1 OZ) in violation of GA CODE 16-13-30(J)(1)

| Counts | Code | Attem; |
|---|---|---|
| 1 | 16-13-30(J)(1) PC | ☐ |

harges
SSION WITH INTENT TO DISTRIBUTE - MARIJUANA

| Counts | Code | Attempt |
|---|---|---|
| 1 | 16-13-30(J)(1) | ☐ |

arges
SSION OF TOOLS FOR THE COMMISSION OF A CRIME

| Counts | Code | Attempt |
|---|---|---|
| 1 | 16-7-20 | ☐ |

NVESTIGATOR REPORT

, 2014

above date and during the evening hours, this agent was contacted by Alfonzo Habersham via telephone. Mr.
ham stated he was contacted by a person known to him but unknown to his agent who informed him (Mr. Habersham)
bar WILLIAMS was talking negatively about him (Mr. Habersham) on Facebook. According to Mr. Habersham,
MS, utilizing his Facebook account, posted a photograph of him (Mr. Habersham) and stated Mr. Habersham was an
t with the Chatham-Savannah Counter Narcotics Team (CNT) and additionally outlined cases WILLIAMS believed Mr.
am assisted CNT with. At the request of this agent, Mr. Habersham provided a copy of the post from WILLIAMS'
ok account.

nt personally looked at the posting. Upon looking at the posting, this agent noticed the posting was from WILLIAMS'
k account which included WILLIAMS' name and a photograph of WILLIAMS. In addition to a close up photograph of
ersham's face, the following was posted, "Listen. This is Alfonso (sharezz) Habersham. He was once a close friend to
/ since birth until recently-he tried to set me up with the police tho. He wore wire across the tracks in Garden City and
boys fucked up. He snitching and its no longer a secrete. Im snitching on you snitches!!"
rsham stated he (Mr. Habersham) took WILLIAMS' post as a threat against his life. This agent asked Mr. Habersham
ld be willing to press charges against WILLIAMS and Mr. Habersham stated yes. This agent informed Mr. Habersham
gent would look into the incident and would be in contact with him.
e to two hours following the above conversation with Mr. Habersham, this agent was again contacted by Mr.
m. Mr. Habersham stated while his two juvenile age daughters were walking in front of their house, a sedan style
lied up. According to Mr. Habersham, his daughters ages 11 and 9 stated the vehicle was occupied by four black
r. Habersham stated one of the males inside the vehicle asked the girls if their father was home and the girls stated no.
sham further stated the 11-year-old informed him that the front right passenger had a handgun in his lap. Mr.
n stated after the girls informed the males that their father was not home the vehicle drove off. Mr. Habersham stated
d the males were looking for him in connection with WILLIAMS' Facebook post. Mr. Habersham stated prior to that
not had any problems with anybody within the recent past and that he was now in fear of he and his family's life.
hone, this agent spoke with the 11-year-old, Nyderia Clay (Protect Identity). Nyderia Clay's statement to his agent
tent with the statement given by Mr. Habersham. It should be noted; while speaking with Nyderia Clay, this agent
Nyderia Clay's responses to this agents questions were quick thus making this agent believe Nyderia Clay was being

Exhi) 11

Officer
RT E HARLEY    Badge  Suffix  Signature

...ᴜᴛᴏɴ ʀᴇᴘᴏʀᴛ

rt Date: 03/19/2015    Report Time: 14:49

| | |
|---|---|
| | Incident No. |
| | 140414038 |

ɛst and was not being coached. Due to Nyderia Clay's statement matching Mr. Habersham's and due to the other juvenile g 9-years-old, this agent opted not to speak with the 9-year-old identified as Iyauna Clay (Protect Identity).
e time of the above incident Mr. Habersham was the only caregiver for all six of his children due to his girlfriend/wife being in ɪospital. Due to this agent believing armed people came to Mr. Habersham's house looking for him and due to the males ɔaching Mr. Habersham's juvenile children, this agent placed Mr. Habersham and his children in a secured location.
agent conducted an investigation into WILLIAMS and determined WILLIAMS was on active felony probation through the of Georgia. Through probation, it was determined WILLIAMS had a listed address of 4309 Augusta Road Apartment 38-B en City. Also through probation, it was determined WILLIAMS had a 4th Amendment Wavier.
ɪg the evening hours, this agent along with FBI Special Agent Chris Blair and members of the Garden City Police ɪrtment went to WILLIAMS' residence in an attempt to locate WILLIAMS. Upon knocking on the door, this agent made ɪct with Paulette Smith. Smith identified herself as WILLIAMS' girlfriend who lived at the residence with WILLIAMS. Smith ɪnformed this agent was looking for WILLIAMS and Smith allowed agents to search the residence for WILLIAMS. A search ces where someone could hide was conducted and WILLIAMS was not located inside the residence.
ɪgent utilized WILLIAMS 4th wavier and conducted a search of the residence. During the search, this agent observed a cabinet located near the entrance/exit of the kitchen. Upon searching the cabinet area, this agent found various forms of work in WILLIAMS' name. Also found was 49.9 grams of marijuana, digital scales in working order and plastic baggies. ɪ on this agents training and experience, persons who sell marijuana often utilize digital scales to weight marijuana and ɛs to place the marijuana in when selling it.
residence, this agent spoke with Smith in the presence of S/A Blair. Smith signed a rights wavier form and agreed to with agents. Smith stated none of the marijuana, scales or baggies belonged to her. Smith stated she does not smoke or marijuana and further stated she recently passed a drug test given to her by her employer on May 9, 2014. Smith again WILLIAMS was her boyfriend and both she and WILLIAMS live at the residence together. Smith stated no other adults the residence. Smith provided agents with a cellular number of 912-228-9038 for WILLIAMS. This agent, in the presence Blair, spoke with WILLIAMS on the phone. This agent requested WILLIAMS meet with the agents at the residence. ɅMS stated he was on the way however WILLIAMS never meet with agents. Though not recorded, Smith informed this ᴡhile she was on the phone with WILLIAMS; WILLIAMS asked her if we (law enforcement) found "the stuff" which this ɔelieved WILLIAMS was referring to the marijuana.
ɪence obtained during the above incident was taken to the CNT office where it was logged into evidence within CNT At the CNT office, the suspected marijuana tested "positive" for marijuana.
the late evening hours of April 11 or early morning hours of April 12, Mr. Habersham informed this agent that he received e call from WILLIAMS via a blocked phone number. According to Mr. Habersham, WILLIAMS requested he meet him so ɪld talk in person. Mr. Habersham stated he declined WILLIAMS request and hung the phone up.
ɪ, 2014 at approximately 1209 hours.
ent checked WILLIAMS Facebook page and noted the following post at 12:09am: "Just so everyone will know I posted a of a snitch and hours later the feds came and search a resident i be to with k9s...( I think that was the reason y...) with ants... glad I wasn't there..."
ɔer 5, 2014
the above date, this agent obtained various arrest warrants for WILLIAMS in connection with this investigation. This as unable to locate WILLIAMS and referred the case to the United Stated Marshals. WILLIAMS was arrested by the November 5, 2014. It should be noted; prior to WILLIAMS' arrest, WILLIAMS was regularly posting on Facebook. Also, ɪIS never posted anything on Facebook to suggest someone else was utilizing his account.



Exhibit XXIII

| | Officer | Badge | Suffix | Signature |
|---|---|---|---|---|
| | ɛʀᴛ E HARLEY | 904 | 02 | |
| | Approving Officer | Badge | Suffix | Signature |
| | ɛ GUNDICH | 903 | 03 | |

# WARRANT SERVICE
# SAVANNAH POLICE DEPARTMENT

**171217109**  Supplement No ORIG



201 Habersham Street

Savannah, GA 31412
Nature of Call
SERVICE, SERVE WARRANT

Reported Date
12/17/2017

Officer
CONAWAY, SHERRY

PHONE (912) 651-6675

FAX (912) 651-6683

## Administrative Information

| Agency | | | Report No | Supplement No | Reported Date | | Reported Time | CAD Call No |
|---|---|---|---|---|---|---|---|---|
| SAVANNAH POLICE DEPARTMENT | | | 171217109 | ORIG | 12/17/2017 | | 16:35 | 173511330 |

| Status | Nature of Call | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REPORT TAKEN | 8754 | | | | | | | |

| Location | | | | | City | | ZIP Code | Rep Dist |
|---|---|---|---|---|---|---|---|---|
| 2205 MELL ST | | | | | SAVANNAH | | 31415 | 1330X |

| Area | Beat | From Date | From Time | To Date | To Time | | | |
|---|---|---|---|---|---|---|---|---|
| 02 | 212A | 12/17/2017 | 16:30 | 12/17/2017 | 17:00 | | | |

| Officer | | | | Assignment | Entered by | Assignment | RMS Transfer |
|---|---|---|---|---|---|---|---|
| 63092/CONAWAY, SHERRY | | | | DOWNTOWN | 63092 | DOWNTOWN | Successful |

| Prop Trans Stat | Report Title | Approving Officer | Approval Date |
|---|---|---|---|
| Successful | WARRANT SERVICE | 10798 | 12/18/2017 |

| Approval Time | | | |
|---|---|---|---|
| 01:19:36 | | | |

## Person Summary

| Invl | Invl No | Type | Name | MNI | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| ARR | 1 | I | WILLIAMS, JABBAR | 1073172 | B | M | ▮/▮/1979 |

## Summary Narrative

Warrant Service Only

*Exhibit*    *114*

| Report Officer | Printed At | |
|---|---|---|
| 63092/CONAWAY, SHERRY | 05/31/2018 11:30 | Page 1 of 2 |

# WARRANT SERVICE
# SAVANNAH POLICE DEPARTMENT

171217109    Supplement No
ORIG

## ARRESTEE 1: WILLIAMS, JABBAR

| Involvement | Invl No | Type | Name | | MNI | Race | Sex |
|---|---|---|---|---|---|---|---|
| ARRESTEE | 1 | Individual | WILLIAMS, JABBAR | | 1073172 | BLACK | MALE |

| DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color | PRN |
|---|---|---|---|---|---|---|---|
| /1979 | 37 | No | 5'08" | 190# | BLACK | BROWN | 2014597 |

| Type | Address | | City | State |
|---|---|---|---|---|
| HOME | 2203 MELL ST | | SAVANNAH | GEORGIA |

| ZIP Code | Date |
|---|---|
| 31415 | 12/17/2017 |

| Type | | ID No |
|---|---|---|
| SOCIAL SECURITY NUMBER | | ▮-▮-▮ |

| Phone Type | Phone No | Date |
|---|---|---|
| HOME | (    )    - | 12/17/2017 |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Book Date | Book Time | Status |
|---|---|---|---|---|---|---|
| ARRESTED | ARRESTED | 12/17/2017 | 17:05:00 | 12/17/2017 | 17:30:00 | BOOKED INTO CCCD |

| Multi-arrests |
|---|
| COUNT ARRESTEE |

| Charge | Level | Charge Literal |
|---|---|---|
| HOLD | X | HOLD FOR OTHER AGENC |

| Warrant No | Warrant ORI |
|---|---|
| D41106602 | GA0250300 |

## Narrative

*****Involvement Limited to Warrant Service*****

At the above date, time, and location, I made contact with Jabbar Williams, who had called 911 to report that he had been stopped near Adam's Avenue yesterday by several black males wearing masks who were riding dirt bikes and four wheelers.

Williams stated that when the men stopped him, his life was threatened and he stated one of the men reached for something that he assumed was a gun. He stated that he did not actually see a gun. Further, he stated that he saw another man who was in a truck who he thought looked like he was in the CIA. He stated that he ran away from the men but he was scared for his life. He also claimed that he thought the government was trying to kill him.

Later I ran Williams' information through Phoenix, I discovered that he had a warrant for his arrest out of Chatham County. I verified the warrant through the records radio channel. I called Williams back on the phone and asked him to meet me to discuss the issues he was having with the men trying to harm him. He agreed to meet me at Chester Street and McIntyre Street.

When I arrived at Chester Street and McIntyre Street, I informed Williams he was under arrest. I placed him in handcuffs, which were gap checked and double locked. I transported him to CCDC, where the warrant was waiting.

My department issued body worn camera was activated.

| Report Officer | Printed At | |
|---|---|---|
| 63092/CONAWAY, SHERRY | 05/31/2018 11:30 | Page 2 of 2 |

IN THE SUPERIOR COURT OF CHATHAM COUNTY

STATE OF GEORGIA

STATE OF GEORGIA

VS.

WILLIAMS, JABBAR MUHAMMAD ALI

§
§ COURT CASE NO.  CR14-2683-J3
§
§ CHARGES:  Failure to Appear
§
§            warrant D141106602
§
§

FILED IN OFFICE

2017 DEC 20  P 1: 43

DEP. CLK. SUPERIOR CT.
CHATHAM COUNTY, GA

## ORDER RELEASING DEFENDANT

WHEREAS the Defendant in this case was arrested 12/17/2017 on warrant D141106602: and

WHEREAS it was announced in open court that this warrant had been rescinded;

it is hereby ORDERED that the Defendant be released from custody instanter.

DEFENDANT IS TO BE RELEASED FROM CUSTODY (as to these charges only)

SO ORDERED, this __20__ day of __Dec.__, 2017.

_____
The Honorable Michael Karpf, Chief Judge
Superior Court of Chatham County
Eastern Judicial Circuit of Georgia

PREPARED BY: Ian R Heap, 342180
Assistant District Attorney
133 Montgomery Street, Suite 600
Savannah, Georgia 31401
912-652-7308
Email: IRHeap@chathamcounty.org

Exhibit IV

ONeagua.Josh. CC-DC.org
Johnson@DC-CC

## ̅MINAL WARRANT

# STATE OF GEORGIA, CHATHAM COUNTY

̅ATE OF GEORGIA
̅ECORDER'S COURT OF SAVANNAH/CHATHAM COUNTY

̅ersonally came AGENT H. Harley, who on oath says that, to the best of his knowledge and belief Williams Jabbar ̅Muhammad -Ali did on the 11 day of April , 2014 9:30 PM in the county aforesaid commit the offense of POSSESSION ̅F MARIJUANA MORE THAN 1 OZ in Violation of Georgia Code 16-13-30(J)(1), , SAVANNAH, CHATHAM ̅OUNTY, GEORGIA against THE STATE OF GEORGIA by POSSESSION OF MARIJUANA MORE THAN 1 OZ in ̅Violation of Georgia Code 16-13-30(J)(1) in SAVANNAH, CHATHAM COUNTY, GA and this deponent makes affidavit ̅hat a warrant may issue for the arrest of said defendant.

̅worn to and subscribed before me, this ____14____ day of _____April_____ , 20 14 .

_____  _____
Judge RECORDERS COURT/CHATHAM    Officer    H. Harley

STATE OF GEORGIA
̅CORDER'S COURT OF SAVANNAH/CHATHAM COUNTY

̅ the Sheriff of Chatham County and his lawful Deputies, all and singular the Sheriffs of this State and their lawful ̅eputies, lawful Constables of this State, the Office of the Savannah-Chatham Metropolitan Police Department and other ̅nunicipalities in Chatham County, the State Patrol and all other Law Enforcement Officers and Agents of this State:

̅REETING: AGENT H. Harley makes oath before me that on 11 day of April , 2014 9:30 PM in the county aforesaid did ̅ommit the offense of POSSESSION OF MARIJUANA MORE THAN 1 OZ in Violation of Georgia Code 16-13-30(J)(1) ̅ said county, on the above named date, against the laws of this State

̅ou are therefore commanded to arrest the body Williams Jabbar Muhammad -Ali and bring him before me or some ̅udicial Officer of this State, to be dealt with as the law directs. Herein fail not.

_____
Judge RECORDERS COURT/CHATHAM

STATE OF GEORGIA
RECORDER'S COURT OF SAVANNAH/CHATHAM COUNTY

̅ have this day executed the foregoing warrant

__5th__ day of ___Nov___ , __2017__    Cpl E.Johnson
                                        Name/Agency of Officer
at __1300__ am / pm

_____ having arrested for the offense of _____ and brought before me, after ̅earing evidence it is ordered that he be committed to trial for offense of _____ and the jailer of said ̅ounty is required to receive and safely keep him until discharged by due process of law.

̅t is further ordered that said defendant be allowed to bind himself securities in a bond of _____ ̅_____ dollars for his appearance at the present term or succeeding term or terms thereafter of the ̅tate Court of Chatham County and/or the Superior Court of Chatham County, Georgia to be held in and for said ̅ounty until the matter shall be finally disposed of as provided by law, in which event he shall be released from being ̅ to answer the said charge.

̅ess my hand and seal this, _____ day of _____Exhibit V_____ ,